UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY TAY JOHNSON,<br>      Plaintiff,<br>   v.<br>C. GIPSON, et al.,<br>      Defendants. | Case No. 16-cv-06940-DMR (PR)<br><br>**ORDER OF TRANSFER** |

On December 2, 2016, Plaintiff filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 stemming from constitutional violations that occurred at California State Prison-Los Angeles County ("CSP-LAC") in Lancaster, California, where he is currently incarcerated. Dkt. 1. Plaintiff also filed an *in forma pauperis* ("IFP") application. Dkt. 2.

On the same day the action was filed, the Clerk of the Court notified Plaintiff that his IFP application was deficient because of his failure to use the proper form and include a certificate of funds as well as his prisoner trust account statement. The Clerk's notice informed Plaintiff that he must submit his IFP application on the proper form and provide the aforementioned supporting documents within twenty-eight days or his action would be dismissed. More than twenty-eight days have passed since December 2, 2016, the date the Clerk's notice was sent to Plaintiff. To date, he has not submitted a completed IFP application on the proper form or any of the requisite supporting documents.

Plaintiff has consented to magistrate judge jurisdiction, and this matter has been assigned to the undersigned Magistrate Judge. Dkt. 3.

The acts complained of occurred at CSP-LAC, which is located in the Western Division of the Central District of California, and it appears that Defendants reside in that district. Venue,

1  therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

2  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

3  TRANSFERRED to the Western Division of the United States District Court for the Central

4  District of California.  The Clerk shall transfer the case forthwith.

5  If Plaintiff wishes to further pursue this action, he must complete the IFP application

6  required by the Western Division of the United States District Court for the Central District of

7  California and mail the IFP application and any supporting documents to that district.

8  All pending motions are TERMINATED on this court's docket as no longer pending in

9  this district.

10  IT IS SO ORDERED.

11  Dated:  January 24, 2017

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASEY TAY JOHNSON,

    Plaintiff,

v.

C. GIPSON, et al.,

    Defendants.

Case No. 4:16-cv-06940-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 24, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Casey Tay Johnson
T-50658
PO Box 4670
Lancaster, CA 93539

Dated: January 24, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

3